Thomas Poulos, appellee, v. George Scoutelas, appellant.  Gen. No. 28,399.

Suit for wages.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923.  Reversed and remanded.  Opinion filed December 10, 1923.

James B. Heffernan, for appellant.  No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Frank Merhaut, appellee, v. Marie Merhaut, appellant.  Gen. No. 28,425.

Suit to recover $1,600 loaned by plaintiff to former wife during their marriage.  Judgment for plaintiff.  Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923.  Affirmed.  Opinion filed December 10, 1923.  Rehearing denied December 24, 1923.

E. M. Seymour, for appellant.  Edward J. Herdlicka, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

H. F. Pennington, appellee, v. The Franklin Association of Chicago, appellant.  Gen. No. 28,468.

Suit for services as arbitrator.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1923.  Affirmed.  Opinion filed December 10, 1923.  *Certiorari* denied by Supreme Court (making opinion final).

James Hibben and Elmer W. Adkinson, for appellant.  John J. Sonsteby, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

A. M. Demuth, appellee, v. Demuth Manufacturing Company, appellant.  Gen. No. 28,477.

Suit on notes.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923.  Affirmed.  Opinion filed December 10, 1923.

Wyman, Hopkins, McKeever & Colbert, for appellant; Vincent D. Wyman and Austin L. Wyman, of counsel.  Sonnenschein, Berkson, Lautmann & Levinson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.